FILED: June 15, 2016

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

No. 16-1672

(1:15-cv-00683-CMH-TCB)

_____

CURTIS A. EVANS; WHIPGOLF, LLC

      Plaintiffs - Appellants

v.

PLUSONE SPORTS, LLC, a Massachusetts limited liability company; ALEX VAN ALEN

      Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:15-cv-00683-CMH-TCB |
| Date notice of appeal filed in originating court: | 06/10/2016 |
| Appellant (s) | Curtis A. Evans, WhipGolf, LLC |
| Appellate Case Number | 16-1672 |
| Case Manager | Cathy Poulsen<br>804-916-2704 |