UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. **16-1720** as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: **PlusOne Sports, LLC and Alex Van Alen**
_____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)  [ ] movant(s)

_____
(signature)

Bernard J. DiMuro
Name (printed or typed)

DiMuroGinsberg, P.C.
Firm Name (if applicable)

1101 King Street, Suite 610

Alexandria, VA 22314
Address

703-684-4333
Voice Phone

703-548-3181
Fax Number

bdimuro@dimuro.com
E-mail address (print or type)

### CERTIFICATE OF SERVICE

I certify that on **June 28, 2016** the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Lauren H. Mills
LeClairRyan
2138 Mill Road, Suite 1100
Alexandria, VA 22314

/s/ Bernard J. DiMuro
Signature

June 28, 2016
Date

01/19/2016 SCC