# OFFICE OF THE CIRCUIT MEDIATOR
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **FRANK C. LANEY**<br>CIRCUIT MEDIATOR<br>CARY, NORTH CAROLINA | **EDWARD G. SMITH**<br>CHIEF CIRCUIT MEDIATOR<br>106 RIVER FALLS DRIVE<br>DUNCAN, SC 29334<br>(864) 433-1511<br>FAX (864) 433-1519<br>Edward_Smith@ca4.uscourts.gov | **CYNTHIA MABRY-KING**<br>CIRCUIT MEDIATOR<br>GREENBELT, MARYLAND |

July 14, 2016

Re: 16-1672 (L), Curtis Evans v. PlusOne Sports, LLC

## NOTICE OF RESCHEDULED MEDIATION

Dear Counsel:

 This letter will confirm that the mediation conference has been rescheduled for August 1, 2016 at 9:00am EASTERN time.

 Thank you for your assistance in this matter.

Sincerely,

Edward G. Smith
Circuit Mediator

Copies: Bernard Joseph DiMuro
    Laurin Howard Mills